COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

Cause number:                        01-14-00033-CR

Style:                               Eric Alonzo Greer

                                     **v.** The State of Texas

Date motions filed[*]:               May 8 and May 12, 2014

Type of motion:                      Motions for extension of time to file reporter's record

Party filing motions:                Court Reporter

Document to be filed:                Reporter's Record

Is appeal accelerated?        No

If motion to extend time:

    Original due date:                        February 7, 2014

    Number of previous extensions granted:        1        Current Due date: May 8, 2014

    Date Requested:                        June 9, 2014

Ordered that motion is:

    ☑        Granted — motion filed May 12, 2014

        If document is to be filed, document due: **June 9, 2014**

        ☐        The Court will not grant additional motions to extend time absent extraordinary circumstances.

    ☐        Denied

    ☑        Dismissed (*e.g.*, want of jurisdiction, <u>moot</u>) — motion filed May 8, 2014

    ☐        Other: _____

The motion for extension of time to file the reporter's record filed on May 8, 2014, is dismissed as moot. The motion for extension of time to file the reporter's record filed on May 12, 2014, is granted. The reporter's record is due to be filed with the Clerk of this Court on June 9, 2014.

Judge's signature:   /s/ <u>Jim Sharp</u>
        ☑ Acting individually        ☐ Acting for the Court

Panel consists of        _____

Date:  May 29, 2014

November 7, 2008 Revision